AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| STEPHEN SJURSET, personally and as next friend for N.S. and T.B.<br><br>*Plaintiff*<br><br>v.<br><br>MARY ANNE MILLER, in her individual capacity, MARIA RANDALL, in her individual capacity, ET AL.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 12-282-AA<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARY ANNE MILLER
DHS Child Welfare
4600 25th Ave. NE Suite 110
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/17/12

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| STEPHEN SJURSET, personally and as next friend for N.S. and T.B. <br> *Plaintiff* <br> v. <br> MARY ANNE MILLER, in her individual capacity, MARIA RANDALL, in her individual capacity, ET AL. <br> *Defendant* | Civil Action No. 12-282-AA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARIA RANDALL
DHS Child Welfare
4600 25th Ave. NE Suite 110
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/17/12

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

STEPHEN SJURSET, personally and as next friend for N.S. and T.B.
    *Plaintiff*
v.
MARY ANNE MILLER, in her individual capacity, MARIA RANDALL, in her individual capacity, ET AL.
    *Defendant*

Civil Action No. 12-282-AA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DYAN BRADLEY
DHS Child Welfare
4600 25th Ave. NE Suite 110
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/17/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

STEPHEN SJURSET, personally and as next friend for N.S. and T.B.  )
)
*Plaintiff* )
)
v. ) Civil Action No. 12-282-AA
)
MARY ANNE MILLER, in her individual capacity, )
MARIA RANDALL, in her individual capacity, ET AL. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CARYN MOLLER
DHS Child Welfare
4600 25th Ave. NE Suite 110
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/17/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| STEPHEN SJURSET, personally and as next friend for N.S. and T.B. <br> *Plaintiff* <br> v. <br> MARY ANNE MILLER, in her individual capacity, MARIA RANDALL, in her individual capacity, ET AL. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 12-282-AA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHARLES BUTTON
CITY OF STAYTON POLICE DEPT.
386 North Third Ave.
Stayton, OR  97383

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR  97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/17/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

STEPHEN SJURSET, personally and as next friend for N.S. and T.B.

*Plaintiff*

v.

Civil Action No. 12-282-AA

MARY ANNE MILLER, in her individual capacity, MARIA RANDALL, in her individual capacity, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL MEEKS
CITY OF STAYTON POLICE DEPT.
386 North Third Ave.
Stayton, OR 97383

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| STEPHEN SJURSET, personally and as next friend for N.S. and T.B.<br>*Plaintiff*<br>v.<br>MARY ANNE MILLER, in her individual capacity, MARIA RANDALL, in her individual capacity, ET AL.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 12-282-AA<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCOTT MUMEY
CITY OF STAYTON POLICE DEPT.
386 North Third Ave.
Stayton, OR 97383

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/17/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| STEPHEN SJURSET, personally and as next friend for N.S. and T.B.<br>*Plaintiff*<br>v.<br>MARY ANNE MILLER, in her individual capacity, MARIA RANDALL, in her individual capacity, ET AL.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 12-282-AA<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF STAYTON
CITY ADMINISTRATOR
CITY HALL
362 North Third Ave.
Stayton, OR 97383

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MIKEL R. MILLER
ATTORNEY AT LAW
26 NW Hawthorne Ave.
Bend, OR 97701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/12

_____
*Signature of Clerk or Deputy Clerk*